

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00626-CV

Curtis **JOHNSON**,
Appellant

v.

Tiffany **JOHNSON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-11695
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    H. Todd McCray, Justice
    Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

DISMISSED

Appellant Curtis Johnson filed a motion to dismiss stating he no longer desires to appeal the trial court's judgment and requesting the appeal be dismissed. Appellee Tiffany Johnson has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and DISMISS the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM